Form UA-01

| | | |
|---|---|---|
| FCSI<br>P.O. BOX 3910<br>TUPELO MS 38803-3910 | **THE COLLECTION FIRM**<br>**OF**<br>FRANKLIN COLLECTION SERVICE, INC<br>PO BOX 3910<br>TUPELO, MS 38803-3910<br><br>TOLL FREE: (888) 215-8961 |  |

NOTICE DATE:   MAY 13, 2019

WWW.FRANKLINSERVICE.COM
Make checks payable to Franklin Collection Service, Inc.

MICHAEL BAILEY

6135 SW 192ND AVE
FT LAUDERDALE FL 33332-3378

| OWED TO: | AT&T |
|---|---|
| FCSI CASE #: | **032707605** |
| CLIENT ACCOUNT NUMBER: | 252939286 |
| CHARGE FOR SERVICE: | $-49.55 |
| CLIENT PROVIDED EQUIPMENT CHARGE: | $150.00 |
| TOTAL DUE THIS ACCOUNT: | 100.45 |

**DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT.**

THIS ACCOUNT HAS BEEN PLACED WITH OUR OFFICE FOR COLLECTION. YOU HAVE AN OUTSTANDING BALANCE OF 100.45 OWED TO AT&T. IN AN EFFORT TO HELP YOU RESOLVE THIS MATTER WE AGREE TO OFFER YOU A SETTLEMENT OF $70.32. TO ACCEPT THIS OFFER PLEASE SEND PAYMENT OF $70.32. IF YOU ARE NOT PAYING THIS ACCOUNT, CONTACT YOUR ATTORNEY REGARDING OUR POTENTIAL REMEDIES, AND YOUR DEFENSES, OR CALL (888) 215-8961.

I INTEND TO REPORT THIS ACCOUNT ON YOUR CREDIT HISTORY AFTER (30) THIRTY DAYS OF YOU RECEIVING THIS NOTICE.

TO DISCUSS YOUR PAYMENT OPTIONS CALL 1-888-215-8961. DON'T WANT TO TALK TO A LIVE FCSI CASE WORKER? GO TO WWW.FRANKLINSERVICE.COM TO PAY ONLINE, OR TO CHAT WITH AN ONLINE FCSI REPRESENTATIVE. TO PAY BY PHONE 24 HOURS A DAY YOU MAY CALL 866-319-0760. YOU MAY PAY BY CREDIT OR DEBIT CARD BY COMPLETING THE BACK OF THIS NOTICE. PLEASE HAVE YOUR CHECK OR CREDIT/DEBIT CARD INFORMATION READY

*BE SURE TO INCLUDE YOUR FCSI CASE NUMBER.

THIS COMMUNICATION IS FROM A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT, AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

BUSINESS HOURS: MONDAY - SATURDAY 8AM - 9PM, SUNDAY 1PM - 5PM CST

FRANKLIN COLLECTION SERVICE, INC.

**PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION**

State License # FL CCA0900343

PLEASE ACCEPT PAYMENT BY MASTERCARD, VISA, AMERICAN EXPRESS, OR DISCOVER

☐ MASTER CARD   ☐ VISA   ☐ AMERICAN EXPRESS   ☐ DISCOVER

Account No. _____

Expiration Date:_____ Month _____ Year
Cardholder Name (as it appears on the card):_____
Signature _____
Contact number for verification of information if necessary: (_____)_____

CHECKING ACCOUNT:
Name on Account: _____
Routing #:_____
Account #:_____

UNLESS YOU NOTIFY US WITHIN THIRTY (30) DAYS AFTER RECEIVING THIS NOTICE THAT YOU DISPUTE THE VALIDITY OF THE DEBT OR ANY PORTION THEREOF, THIS OFFICE WILL ASSUME THIS DEBT IS VALID. IF YOU NOTIFY THIS OFFICE IN WRITING WITHIN THIRTY (30) DAYS FROM RECEIVING THIS NOTICE THAT THE DEBT, OR ANY PART THEREOF, IS DISPUTED THIS OFFICE WILL OBTAIN VERIFICATION OF THE DEBT OR OBTAIN A COPY OF A JUDGMENT AND MAIL YOU A COPY OF SUCH JUDGMENT OR VERIFICATION. IF YOU REQUEST THIS OFFICE IN WRITING WITHIN THIRTY (30) DAYS AFTER RECEIVING THIS NOTICE, THIS OFFICE WILL PROVIDE YOU WITH THE NAME AND ADDRESS OF THE ORIGINAL CREDITOR IF DIFFERENT FROM THE CURRENT CREDITOR.

| State | License # | State | License # | State | License # | State | License # | State | License # |
|---|---|---|---|---|---|---|---|---|---|
| AK | 336 | ID | CCA-3308 | MN | CA20339488 | OR | CA48865 | | |
| AZ | CA-0905411 | IL | 17-020633 | NE | 472 | TN | 2180 | | |
| AR | 813 | IN | 6579 | NM | 00733 | UT | 5077006-0131 | | |
| CO | 988234 | ME | DCL6276 | NYC | 1155006 | WA | 602218015 | | |
| CT | 10853 | MD | 3370 | NY-Buffalo | 535537 | WV | 1050-5604 | | |
| DE | 2002103154 | MA | DC0860 | NC | 101292 | | | | |
| FL | CCA0900343 | MI | 2401001759 | ND | CA100726 | | | | |

When this letter was mailed no attorney has personally reviewed your account.