UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-62189-CIV-ALTMAN/Hunt

**MICHAEL BAILEY**,

    **Plaintiff**,

v.

**FRANKLIN COLLECTION SERVICE, INC.**,

    **Defendant**.

_____/

## ORDER SCHEDULING MEDIATION

**THIS MATTER** comes before the Court pursuant to Local Rule 16.2. The Mediation in this matter shall be held before Steven Jaffe, at 110 SE 6th Street, Suite 1700, Fort Lauderdale, Florida, on **March 27, 2020, at 2:00 p.m.**

Within **three** days of the mediation, the parties shall file a joint mediation report with the Court. The report shall indicate whether the case settled (in full or in part), whether it was adjourned, or whether the mediator declared an impasse.

Failure to comply with this Order may result in sanctions, including dismissal without prejudice and without further notice.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 15th day of November 2019.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record